

# Department of Law
*Monroe County, New York*

**Adam J. Bello**
*County Executive*

**John P. Bringewatt**
*County Attorney*

April 21, 2022

*By ECF*
Hon. Frank P. Geraci, Jr.
United States District Judge
U.S. Courthouse, 100 State Street
Rochester, NY 14614

Re:  *Pigott v. City of Rochester, et al.,* Case No. 22-cv-6180-FPG

Dear Judge Geraci:

I represent defendants County of Monroe, Sheriff Todd Baxter and Richard Roe Sheriff's Deputies 1-200 (the "County Defendants") in the above-reference case.

On consent of counsel for the plaintiff in this action, I am respectfully requesting an adjournment of the County Defendants' **time to respond to the complaint until May 31, 2022**. In the event that the County Defendants move to dismiss the complaint, it is respectfully requested that **opposition papers be due on or before June 30, 2022**, and any **reply papers be due on or before July 14, 2022**.

This action was recently removed from New York Supreme Court. My office is engaged in ongoing communication with plaintiff's counsel regarding scheduling of the more than twenty pending lawsuits that have been brought by plaintiff's counsel by alleged participants in the 2020 protests. The requested adjournment will permit the County Defendants' time to properly investigate the allegations set forth in the complaint with respect to this plaintiff, and further will afford the parties a reasonable schedule for responding to the various related complaints.

Respectfully submitted,

/s/ *Maria E. Rodi*

Maria E. Rodi
Senior Deputy County Attorney
Tel. (585) 753-1495
mariarodi@monroecounty.gov

cc:  All counsel of record, *by ECF*

